# Court of Appeals
# of the State of Georgia

ATLANTA,___May 12, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1547.  SAMUEL A. AYANTUNJI v. NAJARIAN CAPITAL, LLC.**

This case originated as a dispossessory proceeding in magistrate court.  After an adverse ruling in the magistrate court, Samuel A. Ayantunji appealed to the superior court.  After the superior court issued its final judgment and writ of possession, Ayantunji filed this direct appeal.  We, however, lack jurisdiction.

Because the superior court's order disposed of a de novo appeal from a magistrate court decision, Ayantunji was required to follow the discretionary appeal procedure.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Ayantunji's failure to follow this procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_____05/12/2016_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*